```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  LINDA C. HARTER, #179741
    Chief Assistant Federal Defender
 3  Designated Counsel for Service
    SAGE D. KAVENY
 4  Certified Student Attorney
    801 I Street, 3rd Floor
 5  Sacramento, California 95814
    Telephone: (916) 498-5700
 6

 7  Attorneys for Defendant
    JOHN M. BELL
 8

 9
                  IN THE UNITED STATES DISTRICT COURT
10
                 FOR THE EASTERN DISTRICT OF CALIFORNIA
11

12
    UNITED STATES OF AMERICA,     )  2:12-CR-0057-GGH
13                                )
                   Plaintiff,     )
14                                )  STIPULATION AND ORDER TO CONTINUE
         v.                       )  THE TRIAL CONFIRMATION HEARING
15                                )  AND JURY TRIAL
    JOHN M. BELL,                 )
16                                )
                   Defendant.     )
17  _____ )  Date:  May 14, 2012
                                  )         June 4, 2012
18                                   Time:  9:00 a.m.
                                     Judge: Gregory G. Hollows
19
```

20      The United States Attorney through his respective counsel, ALEX

21 LOZADA, Special Assistant United States Attorney, and LINDA C. HARTER,

22 Attorney for JOHN M. BELL, and Certified Student Attorney, SAGE D.

23 KAVENY, hereby stipulate to continue the trial confirmation hearing set

24 for March 19, 2012 at 9:00am and the jury trial set for April 12, 2012

25 at 9:00am.  Time is to be excluded under the Speedy Trial Act, 18

26 U.S.C. § 3161(h)(7)(b)(iv) (Local Rule T4) as the ends of justice

27 served by granting the continuance outweigh the best interests of the

public and the defendant in a speedy trial.  Counsel requests additional time for continued plea negotiations.

Accordingly, the parties jointly request that the trial confirmation hearing be continued to May 14, 2012 at 9:00am, and the jury trial be continued to June 4, 2012 at 9:00am.

Dated: March 16, 2012                  Respectfully submitted,


                                       DANIEL BRODERICK
                                       Federal Defender


                                       /s/ Linda C. Harter
                                       LINDA C. HARTER
                                       Assistant Federal Defender
                                       Attorney for JOHN M. BELL


Dated: March 16, 2012                  BENJAMIN B. WAGNER
                                       United States Attorney


                                       /s/ Alex Lozada
                                       ALEX LOZADA
                                       Special Assistant U.S. Attorney




**IT IS SO ORDERED.**



DATED: March 20, 2012
                                  /s/ Gregory G. Hollows
                                  UNITED STATES MAGISTRATE JUDGE