```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  ALEX LOZADA
    Special Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, CA  95814
 4  Telephone: (916) 554-2806
 5
 6
 7
 8             IN THE UNITED STATES DISTRICT COURT FOR THE
 9                    EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )
                                 )
12          Plaintiff,            )   2:12-CR-00057-GGH
                                 )
13     v.                         )   STIPULATION AND ORDER TO DISMISS
                                 )   WITHOUT PREJUDICE
14  JOHN M. BELL,                )
                                 )   DATE:  May 14, 2012
15          Defendant.            )   TIME:  9:00 a.m.
                                 )   JUDGE: Hon. Gregory G. Hollows
16  _____)
```

17     IT IS HEREBY STIPULATED and agreed to between the plaintiff
18 United States of America, by and through its undersigned
19 attorney, and defendant, JOHN M. BELL, by and through his
20 undersigned attorney, that this action shall be dismissed without
21 prejudice.  In addition, the parties hereby stipulate to vacate
22 the trial confirmation hearing currently scheduled for May 14,
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

1

```
 1  2012 at 9:00 a.m. and the trial currently scheduled for June 4,
 2  2012 at 9:00 a.m.
 3
 4  DATED: April 11, 2012          BENJAMIN B. WAGNER
                                   United States Attorney
 5
 6
                                   By: /s/ Alex Lozada
 7                                     ALEX LOZADA
                                       Special Assistant U.S. Attorney
 8
 9
    DATED: April 11, 2012          DANIEL J. BRODERICK
10                                 Federal Defender
11
                                       (as authorized on 4/10/12)
12                                 By: /s/ Alex Lozada
                                       LINDA HARTER
13                                     Attorney for Defendant
14
15                                 ORDER
16
        IT IS SO ORDERED.
17
18  DATED: April 16, 2012
19                                   /s/ Gregory G. Hollows
                                   UNITED STATES MAGISTRATE JUDGE
20
```

2